B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Utah | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wolf Creek Properties, LC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**87-0669410** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3923 N. Wolf Creek Dr.**<br>**Eden, UT**<br>ZIP Code **84310** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Weber** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 658**<br>**Eden, UT**<br>ZIP Code **84310** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wolf Creek Properties, LC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wolf Creek Properties, LC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

**Blake D. Miller 4090**
Printed Name of Attorney for Debtor(s)

**Miller Guymon, P.C.**
Firm Name

**165 South Regent Street**
**Salt Lake City, UT 84111-1903**
Address

Email: miller@millerguymon.com
**(801) 363-5600  Fax: (801) 363-5601**
Telephone Number

6-9-10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

**Rob Thomas**
Printed Name of Authorized Individual

**COO and Board Member**
Title of Authorized Individual

6/4/10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JUN -9 PM 2: 32

DISTRICT OF UTAH

**United States Bankruptcy Court**
District of Utah

In re   **Wolf Creek Properties, LC**   Case No. _____
                            Debtor(s)   Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the COO and Board Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  6/4/10                          _____
                                        **Rob Thomas/COO and Board Member**
                                        Signer/Title

1320 Wolf, LP
600 Congress Ave. Suite 200
Austin, TX  78701

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 JUN -9  PM 2: 32
DISTRICT OF UTAH

A-1 Pumping, Inc.
203 West 14th Street
Ogden, UT  84404

Advanced Media Solutions
1780 W. 2300 S.
Salt Lake City, UT 84119

AFLAC Attn: Remittance Processing
1932 Wynnton Road
Columbus, Georgia 31999-0797

Allstar Refrigeration LLC
1865 Heritage Ranch Dr.
Farr West, UT 84404

America First Credit Union
Attn: Traci Jorgensen
P.O. Box 9339
Ogden, UT 84409

American Home Assurance Co.
Chartis Legal Audit/Collection
5th Floor Suite 500 Int'l Drive
Philadelphia, PA 19113

Apptix, Inc.
DBA MailStreet
Dept CH 19172
Palatine, IL 60055-9172

APS Administrator Admin #Lowell Peterson 10874
4168 W. 12600 S. #300
Riverton, UT 84096

Arizona Weddings
7508 E. Camelback Road
Scottsdale, AZ. 85251

Audubon International
46 Rarick Rd.
Selkirk, NY 12158

Baseline Surveying
1058 East 2100 South
Salt Lake City, UT 84106

Bell Janitorial Supply
1776 Wall Avenue
Ogden, Utah 84404

1

Bob Emmissions & Inspection
814 W 24th Street Rear
Ogden, UT 84401

Boman Kemp
PO BOX 9725
Ogden, UT 84409

Cactus & Tropicals
2735 S 2000 E
Salt Lake City, UT 84109

Callaway Golf Sales Company
PO BOX 9002
Carlsbad, CA 92018-9002

Catherine Mullaly
PO Box 4361
Park City, UT 84060

Crimson Imaging Supplies, LLC.
4011 Pacific Coast Highway
Torrance, CA 90505

Crowell Advertising, Marketing &
12 South 400 West Suite 200
Salt Lake City, UT 84101

Damitz,Brooks,Nightingale,Turner
200 E. Carrillo Street Suite 202
Santa Barbara, Ca. 93101

Dex West
P.O. Box 79167
Phoenix, AZ 85062-9167

Diamond Rental
4518 S. 500 W.
Salt Lake City, Utah 84123

Discount Tire Co.
PO BOX 29851
Phoenix, AZ  85038-9851

Enterprise Newspaper Group
P.O. Box 11778
Salt Lake City, UT 84147

Envision Mechanical Inc.
1855 W 1950 S #3
West Haven, UT 84401

Farm Bureau Financial
Attn: Mortgage Cashiering
P.O. Box 30400
Lansing, MI 48909

2

Farm Bureau Life Insurance Company
Attn: Mortgage Cashiering
P.O. Box 30400
Lansing, MI 48909

Fedex
P.O. Box 7221
Pasadena, CA 91109-7321

Felt Auto Parts
2581 Lincoln Ave.
Ogden, Utah 84402

Gardner Engineering
5875 South Adams Ave. Parkway
Ogden, UT 84405

GE Capital
PO BOX 31001-1351
Pasadena, CA 91110-1351

Gear for Sports
12193 Collections Center Drive
Chicago, IL 60693

Glanville Sound
P.O. Box 429
Ogden, Utah 84402

Go Travel Sites
1245 East Brickyard Road Suite 310
Salt Lake City, UT 84106

Grass Plus
P.O. Box 660
Eden, UT 84310

Great America Leasing Corporation
P.O. Box 660831
Dallas, TX 75266-0831

Highland Golf
1260 W. North Temple
Salt Lake City, Utah 84116

Home Depot - 2934 Dept. 32 - 2013222934
P.O. Box 6029
The Lakes, NV 88901-6029

Honnen Equipment
5055 E. 72nd Ave
Commerce City, CO 80022

HSBC Business Solutions (Costco)
P.O. Box 5219
Carol Stream, IL 60197-5219

3

Integra Telecom
1201 NE Lloyd Blv.
Suite 500
Portland, OR 97232

JC Golf Accessories
3602 S. Jason Street
Englewood, CO 80110

KBC Leasing
5393 E 3850 N
Eden, UT  84310

Kellerstrass Enterprises, Inc.
1500 West 2550 South
P.O. Box 1067
Ogden, UT 84401

Labor Commission Safety Division
P.O. Box 146620
Salt Lake City, UT 84114-6620

Langvardt Design Group, LLC
1525 Westmoreland Dr.
Salt Lake City, UT 84105

Les Olson Company
P.O. Box 65598
Salt Lake City, UT  84165-0598

Lowell Peterson
5643 N. Elkridge Trail
Eden, Utah 84310

Martz Agency
7020 East Acoma Dr.
Scottsdale, AZ 85254

Mcfarlane Family Trust dated 7/27/97
Attn: Toby Macfarlane, Trustee
555 Zuni Drive
Del Mar, CA 92014

McHutchison
BOX 92170
Elk Grove Village, IL 60009

Model Linen
P.O. Box 1669
Ogden, Utah 84402

Mountain States Plants
PO BOX 724
Layton, UT 84041

4

National Battery Sales
PO BOX 12667
Ogden, Utah 84412-0667

Oberg's Refrigeration
2870 S. 3925 W.
Taylorsville, Utah 84401

OfficeMax
PO BOX 101705
Atlanta, GA 30392-1705

Ogden Publishing Corp.
P.O. Box 12790
Ogden, Utah 84412-2790

Ogden Valley Business Association
P.O. Box 252
Eden, Utah 84310

Ogden Valley News
P.O. Box 130
Eden, Utah 84310

Ogden Weber Chamber of Commerce
2484 Washington Blvd. Suite 400
Ogden, Utah 84401

Pacific Roofing
752 West Moon Circle
Farmington, UT 84025-3617

Parr Brown Gee & Loveless
185 South State Street Suite 800
Salt Lake City, UT 84111

Peak Alarm Company
P.O. Box 27127
Salt Lake City, Utah 84127-0127

Peak Alarm Company
P.O. Box 27127
Salt Lake City, Utah 84127-0127

Ping
P.O. Box 52450
Phoenix, Az. 85072-2450

Port Supply Attn: Accounts Receivable
P.O. Box 50060
Watsonville, CA 95077-5060

Printers Inc.
2185 S. 900 E.
Salt Lake City, UT 84106

Pro-Cut
4854 W. 4725 S.
West Haven, UT 84401

Questar Gas
PO BOX 45841
Salt Lake City, UT 84139-0001

Questar Gas
PO Box 45841
Salt Lake City, UT  84139-0001

Randy Marriott Construction
5238 W. 2150 N.
Ogden, Utah 84404

Revco Leasing
P.O. BOX 65598
Salt Lake City, UT 84165

RMH Management Rawn Hutchinson
P.O. Box 30443
Phoenix, AZ 85046

RMT Equipment
4225 S 500 W
Salt Lake City, UT 84123

Roberts Living Trust
P.O. Box 1170
Eden, UT  84310

Robinson Waste Service, Inc.
2719 N. Fairfield Road
Layton, UT 84041

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001

Ron Rubin
25 NW 23rd Place, Suite 6 PMB 412
Portland, OR 97210

Roto Rooter
729 W. 1390 S.
Salt Lake City, UT 84104

Safety Kleen
P.O. Box 650509
Dallas, TX 75265-0509

Santa Barbara Advisors John Weymouth
401 K PSP 3891 State Street #103
Santa Barbara, CA 93105

6

Schindler Elevator Corporation
PO BOX 93050
Chicago, IL 60673-3050

Self Funding Administrators
P.O. Box 6596
Annapolis, MD 21401

SESAC
P.O. Box 900013
Raleigh, NC 27675-9013

Ski Utah
150 W. 500 S.
Salt Lake City, UT 84101

South Fork Chevron
P.O. Box 607
Morgan, UT 84050

Spiffy Ice
3500 S. West Temple
Salt Lake City, UT 84115

Sprint
PO BOX 4181
Carol Stream, IL 60197-4181

Staples Dept. DAL
P.O. Box 83689
Chicago, IL 60696-3689

Steve Regan Co.
P.O. Box 30676
Salt Lake City, UT  84130

Strategic Marketing Group, Inc.
P.O. Box 544
Park City, UT  84060

Sunstate Equipment Co.
PO BOX 52581
Phoenix, AZ 85072-2581

TaylorMade Golf Co.,Inc. File 56431
Los Angeles, Ca. 90074-6431

The Arizona Republic
Customer Accounting Services
PO BOX 200
Phoenix, AZ 85001-0200

The Posy Place
2757 Washington Blvd.
Ogden, Utah 84401

7

```
Thermo Fluids Inc.
3545 W 500 S
Salt Lake City, UT 84104

TMAX GEAR
P.O. BOX 360286
PITTSBURGH, PA 15250-6286

Transamerica Retirement Services
8488 Shepherd Farm Dr.
West Chester, OH 45069

Travis Mathew Apparel
1011 Seal Beach Blvd.
Seal Beach, CA. 90740

Treasure Fire Equipment, Inc. Sales
2370 N Highway 89
Harrisville, UT 84404

Turf Equipment & Irrigation, Inc.
P.O. Box 68
Midvale, Utah 84047

Universal Benefit Planning
1801 Sandhill Lane
Winter Haven, FL 33884

USGA Club Membership
PO BOX 5000
Far Hills, NJ 07931

Utah Ski & Snowboard Association
150 West 500 South
Salt Lake City, UT 84101

Utah State Tax Commission
210 North 1950 South
Salt Lake City, Utah 84134-0420

Utah Tourism Industry Coalition
P.O. Box 750365
135 East Main Street #101
Torrey, UT 84775

Vanguard Fire Protection Co.
PO BOX 1183
Eden, UT 84310

Vision Perfect Software, Inc.
1875 West 12600 South
P.O. Box 310
Riverton, UT 84065-0310
```

8

Vision Service Plan File # 73280
PO Box 60000
San Francisco, CA 94160-3280

Waste Management of Utah
P.O. Box 78251
Phoenix, Az. 85062-8251

Weber County Assessor
2380 Washington Blvd.
Ogden, Utah 84401

Weber County Treasurer
P.O. Box 3308
Ogden, UT   84409-1308

Wheelwright Lumber
2459 Quincy Avenue
Ogden, Utah 84401

Wilkinson Supply
3021 Grant Ave.
Ogden, UT 84401

Wolf Creek Associates
Attn: Debra Buxton
PO Box 658
Eden, Utah 84310

Wolf Creek Associates, Inc.
Attn: Debra Buxton
PO Box 658
Eden, Utah 84310

Wolf Creek First Mortgage Investors
%Mortgage Co. of Santa Barbara
747 Garden St.
Santa Barbara, CA 93101

Wolf Creek R.V. Storage
P.O. Box 160621
Clearfield, UT   84016

Wolf Creek Rec. Facilities Assoc, Inc
9805 Willows Road NE
Redmond, WA 98052

Wolf Creek Water Co.
P.O. Box 658
Eden, Utah 84310

Yamaha Motor Corp Dept. Ch 14022
Palantine, IL 60055

Zions Bank - 1788
P.O. Box 30833
Salt Lake City, UT   84130-0833

9

```
Zion's Bank -LOC
P.O. Box 30813
Salt Lake City, Utah 84130-0813

Zions Bank Visa - 4280
P.O. Box 30833
Salt Lake City, UT 84130-0833

Zions Bank VISA-4586
PO BOX 30833
Salt Lake City, UT 84130-0833
```

10

**United States Bankruptcy Court**
District of Utah

In re   Wolf Creek Properties, LC
                                  Debtor(s)

Case No.
Chapter    11

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 JUN -9 PM 2: 32
DISTRICT OF UTAH

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Wolf Creek Properties, LC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eden Investments, LLC**
**3923 N. Wolf Creek Dr.**
**Eden, UT 84310**

**Wolf Creek Associates, LP**
**3900 N. Wolf Creek Dr.**
**Eden, UT 84310**

☐ None [*Check if applicable*]

6-9-10
Date

/s/ Blake D. Miller
Blake D. Miller 4090
Signature of Attorney or Litigant
Counsel for   Wolf Creek Properties, LC
Miller Guymon, P.C.
165 South Regent Street
Salt Lake City, UT 84111-1903
(801) 363-5600 Fax:(801) 363-5601
miller@millerguymon.com

B 203
12/94

# United States Bankruptcy Court

Central District Of Utah

In re    Wolf Creek Properties, LC

                                      Case No. _____

**Debtor**                                       Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................. $ reas. fee

   Prior to the filing of this statement I have received ........................ $ 45,730.88

   Balance Due .............................................................. $ 0.

2. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

69

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

6-9-10
Date

_[signature]_
Signature of Attorney

Miller Gwynn, P.C.
Name of law firm

---