B4 (Official Form 4) (12/07)

FILED IN THE
UNITED STATES
**United States Bankruptcy Court** BANKRUPTCY COURT
**District of Utah**

2010 JUN -9 PM 2: 32

In re   **Wolf Creek Properties, LC**

Debtor(s)

Case No.
Chapter **11**

DISTRICT OF UTAH

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Randy Marriott Construction**<br>**5238 W. 2150 N.**<br>**Ogden, UT 84404** | **Randy Marriott Construction**<br>**5238 W. 2150 N.**<br>**Ogden, UT 84404** | | | **449,708.88** |
| **Wolf Creek Rec.Facilities Assoc,Inc.**<br>**9805 Willows Road NE**<br>**Redmond, WA 98052** | **Wolf Creek Rec.Facilities Assoc,Inc.**<br>**9805 Willows Road NE**<br>**Redmond, WA 98052** | | | **64,455.00** |
| **Damitz,Brooks,Nightingale,Turner**<br>**200 E. Carrillo Street, Suite 202**<br>**Santa Barbara, CA 93101** | **Damitz,Brooks,Nightingale,Turner**<br>**200 E. Carrillo Street, Suite 202**<br>**Santa Barbara, CA 93101** | | | **38,535.74** |
| **Self Funding Administrators**<br>**P.O. Box 6596**<br>**Annapolis, MD 21401** | **Self Funding Administrators**<br>**P.O. Box 6596**<br>**Annapolis, MD 21401** | | | **28,031.21** |
| **Strategic Marketing Group, Inc.**<br>**P.O. Box 544**<br>**Park City, UT 84060** | **Strategic Marketing Group, Inc.**<br>**P.O. Box 544**<br>**Park City, UT 84060** | | | **20,275.00** |
| **American Home Assurance Co.**<br>**c/o: Chartis Legal Audit/Collection**<br>**5th Floor Suite 500 Int'l Drive**<br>**Philadelphia, PA 19113** | **American Home Assurance Co.**<br>**c/o: Chartis Legal Audit/Collection**<br>**5th Floor Suite 500 Int'l Drive**<br>**Philadelphia, PA 19113** | | | **19,626.58** |
| **Yamaha Motor Corp**<br>**Dept. CH 14022**<br>**Palatine, IL 60055** | **Yamaha Motor Corp**<br>**Dept. CH 14022**<br>**Palatine, IL 60055** | | | **14,610.59** |
| **TaylorMade Golf Co., Inc.**<br>**File 56431**<br>**Los Angeles, CA 90074-6431** | **TaylorMade Golf Co., Inc.**<br>**File 56431**<br>**Los Angeles, CA 90074-6431** | | | **9,856.40** |
| **Lowell Peterson**<br>**5643 N. Elkridge Trail**<br>**Eden, UT 84310** | **Lowell Peterson**<br>**5643 N. Elkridge Trail**<br>**Eden, UT 84310** | | | **7,000.00** |
| **Ski Utah**<br>**150 W. 500 S.**<br>**Salt Lake City, UT 84101** | **Ski Utah**<br>**150 W. 500 S.**<br>**Salt Lake City, UT 84101** | | | **6,788.14** |



B4 (Official Form 4) (12/07) - Cont.

In re   **Wolf Creek Properties, LC** _____   Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **APS Administrator**<br>**Admin # Lowell Peterson**<br>**10874**<br>**4168 W. 12600 S. #300**<br>**Riverton, UT 84096** | **APS Administrator**<br>**Admin # Lowell Peterson 10874**<br>**4168 W. 12600 S. #300**<br>**Riverton, UT 84096** | | | **6,470.68** |
| **Rocky Mountain Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256-0001** | **Rocky Mountain Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256-0001** | | | **4,052.38** |
| **Rocky Mountain Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256-0001** | **Rocky Mountain Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256-0001** | | | **3,844.74** |
| **Dex West**<br>**P.O. Box 79167**<br>**Phoenix, AZ 85062-9167** | **Dex West**<br>**P.O. Box 79167**<br>**Phoenix, AZ 85062-9167** | | | **3,623.89** |
| **Weber County Assessor**<br>**2380 Washington Blvd.**<br>**Ogden, UT 84401** | **Weber County Assessor**<br>**2380 Washington Blvd.**<br>**Ogden, UT 84401** | | | **3,415.00** |
| **TMAX GEAR**<br>**P.O. Box 360286**<br>**Pittsburgh, PA 15250-6286** | **TMAX GEAR**<br>**P.O. Box 360286**<br>**Pittsburgh, PA 15250-6286** | | | **3,388.86** |
| **RMH Management**<br>**Attn: Rawn Hutchinson**<br>**P.O. Box 30443**<br>**Phoenix, AZ 85046** | **RMH Management**<br>**Attn: Rawn Hutchinson**<br>**P.O. Box 30443**<br>**Phoenix, AZ 85046** | | | **3,235.34** |
| **Arizona Weddings**<br>**7508 E. Camelback Rd.**<br>**Scottsdale, AZ 85251** | **Arizona Weddings**<br>**7508 E. Camelback Rd.**<br>**Scottsdale, AZ 85251** | | | **3,102.86** |
| **Integra Telecom**<br>**1201 NE Lloyd Blvd, Suite 500**<br>**Portland, OR 97232** | **Integra Telecom**<br>**1201 NE Lloyd Blvd, Suite 500**<br>**Portland, OR 97232** | | | **3,094.96** |
| **Kellerstrass Enterprises, Inc.**<br>**1500 West 2550 South**<br>**P.O. Box 1067**<br>**Ogden, UT 84401** | **Kellerstrass Enterprises, Inc.**<br>**1500 West 2550 South**<br>**P.O. Box 1067**<br>**Ogden, UT 84401** | | | **3,030.56** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the COO and Board Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____   Signature _____
**Rob Thomas**
**COO and Board Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Utah

In re   **Wolf Creek Properties, LC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the COO and Board Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   _6/4/10_                    Signature   _Rob Thomas_

                                                   **Rob Thomas**
                                                   **COO and Board Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.