**United States Bankruptcy Court**
District of Utah

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JUN -9 PM 2: 32

DISTRICT OF UTAH

In re   Wolf Creek Properties, LC
                    Debtor

Case No.
Chapter    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Eden Investments, LLC<br>3923 N. Wolf Creek Dr.<br>Eden, UT 84310 | | | 40% Profit Interest; 12.5% Equity Interest |
| Wolf Creek Associates, LP<br>3900 N. Wolf Creek Dr.<br>Eden, UT 84310 | | | 60% Profit Interest; 87.5% Equity Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the COO and Board Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____    Signature_____
                                                                    Rob Thomas
                                                                    COO and Board Member

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.



_0_   continuation sheets attached to List of Equity Security Holders

In re    **Wolf Creek Properties, LC**                                             ,    Case No. _____
_____
Debtor

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the COO and Board Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __6/4/10__                                          Signature __[signature]__

**Rob Thomas**
**COO and Board Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.