Wolf Creek Properties, LC
10-27816
Liquidation Analysis

| Asset Category | Asset | Liquidation Value | Secured Claim | Costs of Sale | Remaining Liquidation Proceeds |
|---|---|---|---|---|---|
| Real Estate | | | | | |
| | Capon Capital Property | $ 850,000.00 | $ 700,000.00 | $ 85,000.00 | $ 65,000.00 |
| | AFCU Property | n/a | n/a | | |
| | Farm Bureau Property | n/a | n/a | | |
| | MacFarlane (Balloon Field) | $ 500,000.00 | $ 250,000.00 | $ 50,000.00 | $ 200,000.00 |
| | Wolf Creek First Mortgage Property | $ 1,875,000.00 | $ 1,625,000.00 | $ 187,500.00 | $ 62,500.00 |
| | Zions Property | $ 3,200,000.00 | $ 1,850,000.00 | $ 320,000.00 | $ 1,030,000.00 |
| Additional Claims: | Weber County Treasurer | | $ 398,262.39 | | |
| | Randy Marriott Construction | | $ 449,708.87 | | |
| | DIP Lender | | $ 350,000.00 | | |
| Subtotal: | | $ 6,425,000.00 | $ 5,622,971.26 | $ 642,500.00 | $ 159,528.74 |
| Personal Property | Schedule B Assets | $ 1,904,437.64 | | $ 190,443.76 | |
| | Ford Credit claim | | $ 47,150.00 | | |
| | Utah Board of Water Resources | | $ 557,161.00 | | |
| Subtotal: | | $ 1,904,437.64 | $ 604,311.00 | $ 190,443.76 | $ 1,109,682.88 |
| Total: | | $ 8,329,437.64 | $ 6,227,282.26 | $ 832,943.76 | $ 1,269,211.62 |

| Claim Category | Claimant | Amount | Payment % | Remaining Liquidation Proceeds |
|---|---|---|---|---|
| Administrative | Miller Guymon | $ 150,000.00 | | |
| | Parr Brown | $ 10,000.00 | | |
| | Cushman & Wakefield | $ 10,000.00 | | |
| | Crane, Christensen & Ambrose | $ 10,000.00 | | |
| | Total Administrative | $ 180,000.00 | 100% | $ 1,089,211.62 |
| Unsecured Priority | Utah State Tax Commission | $ 3,729.96 | | |
| | Weber County Assessor | $ 3,415.00 | | |
| | Total Unsecured Priority | $ 7,144.96 | 100% | $ 1,082,066.66 |
| Administrative | Chapter 7 Trustee | $ 238,004.68 | 100% | |
| | Chapter 7 Counsel | $ 100,000.00 | 100% | $ 744,061.98 |
| Unsecured General | Unsecured Claims as Filed | $ 9,224,030.11 | | |
| | Total Unsecured General | $ 744,061.98 | 8% | $ 0.00 |
| Total Claims Paid | | $ 7,158,489.20 | | |

| Liquidating Trustee Compensation per Section 326: | | | |
|---|---|---|---|
| Category | Amount | Percentage | Total |
| First | $ 5,000.00 | 25% | $ 1,250.00 |
| Next | $ 45,000.00 | 10% | $ 4,500.00 |
| Next | $ 950,000.00 | 5% | $ 47,500.00 |
| Next | $ 6,158,489.20 | 3% | $ 184,754.68 |
| Total: | | | $ 238,004.68 |

Notes:
Unsecured claim amounts are based on the proofs of claim as filed on October 7, 2010, and not an agreed upon amount by the Debtor.
The Debtor believes a trustee would not receive value over secured claims for the real property encumbered by AFCU and Farm Bureau.