9/29/10 5:39PM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re: **Wolf Creek Properties, LC** | | |
|---|---|---|
| | Debtor(s). | Case No. **10-27816**<br>Chapter **11**<br>Trustee: |

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION ____ REOPENING: Yes ____ No __x__ CONVERSION(13 to 7)   Yes _____ No __x__
   **When changing debtor's address, please file separate change of address form.**
   **When amending, please submit the changes/additions only!**

2. SCHEDULES: A ____ B _x_ C ____ D _x_ E _x_ F _x_ G _x_ H ____ I ___ J _____
   Are you changing the address, amounts, etc., or adding a creditor?
   **Changing** __x__ **Adding** __x__   ($26.00 amendment fee required for D, E, & F; OR __ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: _____
4. STATEMENT OF AFFAIRS: _____
5. AMENDED CHAPTER 13 PLAN: _____

| |
|---|
| If you have amended schedules D, E, F by adding a creditor, you owe $26.00 amendment fee. Fee attached __**yes**__<br><br>If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary.<br>No fee attached _____<br>**Reason no fee is attached** _____ |

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

| |
|---|
| I declare under penalty of perjury that the information provided in this attached amendment is true and correct.<br><br>_(signature)_ __10/21/10__<br>Jeremy Maughan, ~~CRO~~   Date<br>Debtor Dir. of Finance + Admin |

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes **X** No _

_(signature)_
James W. Anderson (9829)
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s):

|       |   |
|-------|---|
| __x__ | 341 Notice to creditors added by this amendment. |
| _____ | Discharge Notice to creditors added by this amendment. |
| _____ | Amended Chapter 13 Plan to all creditors. |

__10/21/10__
DATED

_(signature)_
James W. Anderson (9829)
ATTORNEY FOR DEBTOR(S)

Rev 10/05
Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Wolf Creek Properties, LC**                               ,      Case No.    **10-27816**

                                        Debtor      Chapter                       **11**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 81,176,103.00 | | |
| B - Personal Property | Yes | 4 | 7,713,309.64 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 19,922,251.44 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 9 | | 41,460.97 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 1,842,983.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 13 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| | Total Assets | | 88,889,412.64 | | |
| | | Total Liabilities | | 21,806,696.26 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah

In re **Wolf Creek Properties, LC** ,

Debtor

Case No. **10-27816**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6B (Official Form 6B) (12/07)

.

In re    **Wolf Creek Properties, LC**                                              Case No.    __10-27816__

                                                        ,

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PROPERTIES DIP ACCOUNT HELD AT WELLS FARGO BANK** | - | 216,122.64 |
| | | **PROPERTIES DIP PAYROLL ACCOUNT AT WELLS FARGO BANK** | - | 100.00 |
| | | **RETAINER HELD BY PARR BROWN** | - | 9,353.00 |
| | | **RETAINER HELD BY MILLER GUYMON** | - | 44,268.00 |
| | | **RETAINER HELD BY JEFFREY L. HEILBRUN** | - | 10,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6.  Wearing apparel. | | | | |
| 7.  Furs and jewelry. | | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |

Sub-Total >         279,843.64
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Wolf Creek Properties, LC**                                                              ,   Case No.   **10-27816**
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **156.39 SHARES WOLF CREEK IRRIGATION COMPANY** | - | 1,560,000.00 |
| | | **8.33 Shares in Wolf Creek Irrigation Company** | - | 80,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | **ACCOUNTS RECEIVABLE ON BOOKS-MIX OF MEMBER CHARGES AND MEMBER DUES (AS OF JUNE 9, 2010)** | - | 55,168.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Note Receivable from Watts Enterprises, Inc. (Trappers Phase 8)** Location: 3923 N. Wolf Creek Dr., Eden UT 84310 | - | 1,420,000.00 |
| | | **Note Receivable from Watts Enterprises, Inc. (Fairways)** Location: 3923 N. Wolf Creek Dr., Eden UT 84310 | - | 1,376,788.00 |
| | | **Note Receivable from Powder Canyon, LLC** Location: 3923 N. Wolf Creek Dr., Eden UT 84310 | - | 2,280,000.00 |

Sub-Total >   **6,771,956.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Wolf Creek Properties, LC**
_____ ,       Case No.    **10-27816**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | **GOLF SHOP INVENTORY LOCATED IN GOLF SHOP AS OF June 9, 2010** | - | 41,268.00 |

Sub-Total >      41,268.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Wolf Creek Properties, LC**                              ,   Case No.   **10-27816**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **15 Prepaid Sewer Connections** | **-** | **75,000.00** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **75,000.00** |
| Total > | **7,168,067.64** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Wolf Creek Properties, LC**                        Case No.   **10-27816**

                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | formerly 1320 Wolf, LP | | | | | |
| **Capon Capital** **Attn: Joseph Buchanan** **9350 S. Dixie Hwy, Suite 1500** **Miami, FL 33156** | | - | **WEBER COUNTY TAX ID #22-016-0064** **(35.55 ACRES OF LAND KNOWN AS PARCEL 7)** | | | | | |
| | | | Value $       1,555,313.00 | | | | 650,000.00 | 0.00 |
| Account No. | | | Formerly held by 1320 Wolf, LP | | | | | |
| **Capon Capital** **Attn: Joseph Buchanan** **9350 S. Dixie Hwy, Suite 1500** **Miami, FL 33156** | | - | **WEBER COUNTY TAX ID #22-281-0001** **(16.04 ACRES KNOWN AS PARCEL 16)** | | | | | |
| | | | Value $       1,440,000.00 | | | | 0.00 | 0.00 |
| Account No. | | | **PORTIONS OF HOUSEHOLD FURNITURE AND AUDIO EQUIPMENT LOCATED IN PINEVIEW, CLUBHOUSE AND DISCOVERY CENTER** | | | | | |
| **Farm Bureau Life Insu Comp of Michigan** **P.O. Box 30400** **Lansing, MI 48909** | | - | | | | | | |
| | | | Value $       111,932.00 | | | | 0.00 | 0.00 |
| Account No. | | | **PORTIONS OF MISC OFFICE EQUIPMENT (COMPUTERS, PRINTERS, RADIOS, DESKS, PHONES,SOFTWARE, ETC.) LOCATED IN PINEVIEW, CLUBHOUSE AND DISCOVERY CENTER** | | | | | |
| **Farm Bureau Life Insu Comp of Michigan** **P.O. Box 30400** **Lansing, MI 48909** | | - | | | | | | |
| | | | Value $       55,123.00 | | | | 0.00 | 0.00 |
|   **1**   continuation sheets attached | | | Subtotal (Total of this page) | | | | 650,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wolf Creek Properties, LC**                                      ,      Case No. _____**10-27816**_____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | May 10, 2010 | | | | | |
| Randy Marriott Construction 5238 W. 2150 N. Ogden, UT 84404 | | - | Mechanics Lien  WEBER COUNTY TAX ID #22-016-0064 (35.55 ACRES OF LAND KNOWN AS PARCEL 7) | | | X | | |
| | | | Value $          1,555,313.00 | | | | 449,708.87 | 0.00 |
| Account No. | | | September 2003 | | | | | |
| Utah Board of Water Resources 1594 West North Temple Salt Lake City, UT 84116 | X | - | 156.39 SHARES WOLF CREEK IRRIGATION COMPANY | X | X | | | |
| | | | Value $          1,560,000.00 | | | | 557,161.00 | 0.00 |
| Account No. | | | Various parcels of real property | | | | | |
| Weber County Treasurer P.O. Box 3308 Ogden, UT 84409-1308 | | - | | | | | | |
| | | | Value $           399,020.84 | | | | 399,020.84 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 1,405,890.71 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 2,055,890.71 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **Wolf Creek Properties, LC**                                                           Case No.    **10-27816**
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**8**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Wolf Creek Properties, LC**                                         ,  Case No.   **10-27816**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | | |
| Annette Ames 1661 21st Street Ogden, UT 84401 | - | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 425.79 | 0.00 | 425.79 |
| Account No. | | | Various | | | | | | |
| Brolin Burningham 1267 Douglas Ogden, UT 84404 | - | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 251.38 | 0.00 | 251.38 |
| Account No. | | | Various | | | | | | |
| Christopher Elliott Whiting 3244 E. 5400 N. Liberty, UT 84310 | - | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 181.32 | 0.00 | 181.32 |
| Account No. | | | Various | | | | | | |
| Gayle Christensen 2290 N. Fruitland Dr. Ogden, UT 84414 | - | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 244.62 | 0.00 | 244.62 |
| Account No. | | | Various | | | | | | |
| Jeff Summers P.O. Box 294 Eden, UT 84310 | - | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 476.58 | 0.00 | 476.58 |

Sheet  **1**  of  **8**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

1,579.69          1,579.69

B6E (Official Form 6E) (4/10) - Cont.

In re    **Wolf Creek Properties, LC**                                              Case No.    **10-27816**
_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Jenny Hansen** 3052 North Wolf Creek Drive Eden, UT 84310 | - | | Various **Employee services** Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 344.19 | 0.00 | 344.19 |
| Account No. **Jeremy Maughan** 621 West 150 North Hyrum, UT 84319 | | | Various **Employee services** Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 2,339.47 | 0.00 | 2,339.47 |
| Account No. **Jose Trinidad Lara** | - | | Various **Employee services** Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 134.44 | 0.00 | 134.44 |
| Account No. **Kris Hughes** 2850 North Nordic Valley Drive Eden, UT 84310 | - | | Various **Employee services** Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 478.50 | 0.00 | 478.50 |
| Account No. **Lesa Marie May** 935 Canfield Dr. Ogden, UT 84404 | - | | Various **Employee services** Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 658.23 | 0.00 | 658.23 |

Sheet __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                          0.00
(Total of this page)    3,954.83    3,954.83

B6E (Official Form 6E) (4/10) - Cont.

In re    **Wolf Creek Properties, LC**                                    ,    Case No.    **10-27816**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Various | | | | | | |
| Leslie Garrett MacFarlane 3697 N. Willowbrook Ln. Eden, UT 84310 | - | | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | | 0.00 | |
| | | | | | | | | 169.75 | | 169.75 |
| Account No. | | | | Various | | | | | | |
| Luis F. Medina 2851 Porter Ave. Ogden, UT 84403 | | | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | | 0.00 | |
| | | | | | | | | 134.44 | | 134.44 |
| Account No. | | | | Various | | | | | | |
| Michelle Olsen P.O. Box 381 Eden, UT 84310 | - | | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | | 0.00 | |
| | | | | | | | | 119.43 | | 119.43 |
| Account No. | | | | Various | | | | | | |
| Monica Fuit P.O. Box 1133 Eden, UT 84310 | - | | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | | 0.00 | |
| | | | | | | | | 6,199.73 | | 6,199.73 |
| Account No. | | | | Various | | | | | | |
| Robert Thomas 3541 Elk View Drive Eden, UT 84310 | - | | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | | 0.00 | |
| | | | | | | | | 1,377.97 | | 1,377.97 |

Sheet  **3**   of  **8**   continuation sheets attached to          Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    8,001.32          8,001.32

B6E (Official Form 6E) (4/10) - Cont.

In re   **Wolf Creek Properties, LC**                                    ,          Case No.   **10-27816**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ryan Taylor**<br>**1459 Binford**<br>**Ogden, UT 84401** | | - | | Various<br><br>**Employee services**<br>**Claim has been paid in full pursuant to**<br>**Court Orders dated July 16, 2010 and/or**<br>**June 25, 2010.** | | | | 371.54 | 0.00<br><br>371.54 |
| Account No.<br><br>**Sean O'Keefe**<br>**4887 Willow Brook Lane**<br>**Eden, UT 84310** | | - | | Various<br><br>**Employee services**<br>**Claim has been paid in full pursuant to**<br>**Court Orders dated July 16, 2010 and/or**<br>**June 25, 2010.** | | | | 237.60 | 0.00<br><br>237.60 |
| Account No.<br><br>**Susan Munson**<br>**3354 E. Sommerset Dr.**<br>**Eden, UT 84310** | | - | | Various<br><br>**Employee services**<br>**Claim has been paid in full pursuant to**<br>**Court Orders dated July 16, 2010 and/or**<br>**June 25, 2010.** | | | | 134.62 | 0.00<br><br>134.62 |
| Account No.<br><br>**William Singleton**<br>**419 E. 900 N.**<br>**Ogden, UT 84404-3633** | | - | | Various<br><br>**Employee services**<br>**Claim has been paid in full pursuant to**<br>**Court Orders dated July 16, 2010 and/or**<br>**June 25, 2010.** | | | | 488.70 | 0.00<br><br>488.70 |
| Account No. | | | | | | | | | |

Sheet  **4**   of  **8**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 1,232.46 | 1,232.46 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Wolf Creek Properties, LC**                          ,      Case No.   **10-27816**
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**Ashley Peterson**<br>**3462 S. 4550 W.**<br>**West Haven, UT 84401** | | - | | **Various**<br><br>**Employee services**<br>**Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | **12.95** | **0.00**<br><br>**12.95** | |
| Account No.<br><br>**Camille Ames**<br>**570 Harrison Blvd**<br>**Ogden, UT 84404** | | - | | **Various**<br><br>**Employee services**<br>**Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | **6,290.51** | **0.00**<br><br>**6,290.51** | |
| Account No.<br><br>**Caren Parry**<br>**2827 W. 3965 S. #58**<br>**West Haven, UT 84401** | | - | | **Various**<br><br>**Employee services**<br>**Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | **8,184.15** | **0.00**<br><br>**8,184.15** | |
| Account No.<br><br>**Christi Bongard**<br>**2547 N. Valley Junction Drive**<br>**Eden, UT 84310** | | - | | **Various**<br><br>**Employee services**<br>**Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | **716.65** | **0.00**<br><br>**716.65** | |
| Account No.<br><br>**Dawn Updike**<br>**5942 E. Big Horn Pkwy**<br>**Eden, UT 84310-9113** | | - | | **Various**<br><br>**Employee services**<br>**Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | **596.24** | **0.00**<br><br>**596.24** | |

Sheet  **5**  of  **8**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **15,800.50** | **15,800.50** |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Wolf Creek Properties, LC**                                      ,        Case No.   **10-27816**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Eric Householder** 2850 North Nordic Valley Drive Eden, UT 84310 | - | | Various **Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | 1,171.11 | 0.00 | 1,171.11 |
| Account No. **Irma Diaz** 2732 Adams Apt. 1 Ogden, UT 84403 | | | Various **Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | 9.79 | 0.00 | 9.79 |
| Account No. **James Morrisey** 3912 E. 3300 N. Liberty, UT 84310 | - | | Various **Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | 323.48 | 0.00 | 323.48 |
| Account No. **Janet Cox** P.O. Box 594 Eden, UT 84310 | - | | Various **Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | 501.31 | 0.00 | 501.31 |
| Account No. **Janie Roberts** P.O. Box 1170 Eden, UT 84310 | - | | Various **Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | 476.62 | 0.00 | 476.62 |

Sheet  **6**  of  **8**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 2,482.31 | | 2,482.31 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Wolf Creek Properties, LC**                                              ,    Case No.    **10-27816**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | | |
| Joseph Cox P.O. Box 594 Eden, UT 84310 | - | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 726.44 | 0.00 726.44 |
| Account No. | | | Various | | | | | |
| Laura Debout 4185 Beus Drive Ogden, UT 84403 | - | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 18.02 | 0.00 18.02 |
| Account No. | | | Various | | | | | |
| Olga Castillo 3615 N. Wolf Creek Drive E4 Eden, UT 84310 | - | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 17.60 | 0.00 17.60 |
| Account No. | | | Various | | | | | |
| Rebecca Morris 1437 24th Street Ogden, UT 84401 | - | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 278.00 | 0.00 278.00 |
| Account No. | | | Various | | | | | |
| Spring Bengtzen 2084 E. 6825 N. Liberty, UT 84310 | - | | Employee services Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010. | | | | 9.35 | 0.00 9.35 |

Sheet __7__ of __8__ continuation sheets attached to                    Subtotal          | 0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    | 1,049.41    1,049.41

B6E (Official Form 6E) (4/10) - Cont.

In re    **Wolf Creek Properties, LC**                                           ,        Case No.    **10-27816**
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
## (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.  Various | | | | | | | | |
| **Theresa McCall** **2249 Tyler Ave.** **Ogden, UT 84401** | - | | **Employee services** **Claim has been paid in full pursuant to Court Orders dated July 16, 2010 and/or June 25, 2010.** | | | | | **0.00** |
| | | | | | | | **215.49** | **215.49** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **8**    of  **8**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **215.49** | **215.49** |
| Total | **0.00** | |
| (Report on Summary of Schedules) | **34,316.01** | **34,316.01** |

B6F (Official Form 6F) (12/07)

In re **Wolf Creek Properties, LC** _____,      Case No. __**10-27816**_____
                                  Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W<br>J | C | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BBJ Linen**<br>**7855 Gross Point Road**<br>**Skokie, IL 60077** | - | | | | | | | 224.00 |
| Account No. **9504**<br><br>**Crane, Christensen, Ambrose**<br>**298 24th St. Ste 300**<br>**Ogden, UT 84401** | - | **2010** | | | | | | 2,596.55 |
| Account No.<br><br>**CSE & Associates, inc.**<br>**20645 North Pima Road, Suite 195**<br>**Scottsdale, AZ 85255** | - | **October 6, 2009**<br>**Termination of Purchase and Sale Agreement related to Parcel 7.** | | | X | X | X | 200,000.00 |
| Account No.<br><br>**Diamond Rental**<br>**4518 South 500 West**<br>**Salt Lake City, UT 84123** | - | | | | | | | 4,082.81 |

___2___  continuation sheets attached

Subtotal
(Total of this page)     **206,903.36**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wolf Creek Properties, LC**                                    ,    Case No. ___**10-27816**___
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Gear for Sports**<br>**12193 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | | | | | | **1,449.76** |
| Account No.<br><br>**JCA Properties, LLC**<br>**25 Northwest 23rd Place, Suite 6**<br>**PMB 4112**<br>**Portland, OR 97210** | - | | | | **Debtor is alleged guarantor on lease for Red Moose Lodge with Valley Lodging at Wolf Creek** | X | X | X | **Unknown** |
| Account No.<br><br>**Ping**<br>**P.O. Box 52450**<br>**Phoenix, AZ 85072-2450** | - | | | | | | | | **2,243.11** |
| Account No.<br><br>**Randy Marriott Construction**<br>**5238 W. 2150 N.**<br>**Ogden, UT 84404** | - | | | | **moved to Schedule "D"** | | | | **0.00** |
| Account No.<br><br>**Ray Bowden**<br>**1630 N. Orchard Way**<br>**Morgan, UT 84050** | - | | | | **Claimed agreement to provide 3 sewer connections upon sale of lots.** | X | X | X | **15,000.00** |

Sheet no. __**1**__ of __**2**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,692.87**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wolf Creek Properties, LC**                                    ,    Case No. ___**10-27816**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Debtor is alleged guarantor on Red Moose Lodge lease with Valley Lodging at Wolf Creek | | | | |
| **RLR Properties, LLC** **25 Northwest 23rd Place, Suite 6** **PMB 4112** **Portland, OR 97210** | - | | | X | X | X | **Unknown** |
| Account No. | | | January 5, 2009 Agreement to provide 12 prepaid sewer and water connection fees upon sales of lots. | | | | |
| **RMH Management** **Attn: Rawn Hutchinson** **P.O. Box 30443** **Phoenix, AZ 85046** | - | | | X | X | | **108,000.00** |
| Account No. | | | | | | | |
| **The Arizona Republic** **Customer Accounting Services** | - | | | | | | **2,500.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**2**__ of __**2**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **110,500.00** |
| Total (Report on Summary of Schedules) | | **336,096.23** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Wolf Creek Properties, LC**                                                    Case No.   __10-27816__
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Aaron Moyal**<br>**8888 Pineview Dr.**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **Alan Joslyn**<br>**3379 Mille Vista Road #4211**<br>**Highland Ranch, CO 80129** | **Membership Agreement** |
| **Alan Mecham**<br>**P.O. Box 718**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Alar Elken**<br>**6 Loudon Heights North**<br>**Louderville, NY 12211** | **Membership Agreement** |
| **Albert Sheridan**<br>**825 N. Kelly Drive**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **Allen Simkins**<br>**1077 N. Graham Manor**<br>**Washington, UT 84780** | **Membership Agreement** |
| **Alvin Burstein**<br>**6051 E. Cortez Drive**<br>**Scottsdale, AZ 85254** | **Membership Agreement** |
| **Amanda Kovar**<br>**4444 Parkview Dr.**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Amy Greer**<br>**4973 E. Fairways Drive**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Andrew LaMarca**<br>**125 Stagecoach Rd.**<br>**Bell Canyon, CA 91307** | **Membership Agreement** |
| **Anthony Sanfilippo**<br>**9316 Ingleside Famr N.**<br>**Germantown, TN 38139** | **Membership Agreement** |
| **Anthony Ward**<br>**3184 E. 400 North**<br>**Eden, UT 84310** | **Membership Agreement** |

**12**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Wolf Creek Properties, LC**                                              ,     Case No.    __10-27816__

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Barbara Hansen**<br>**6805 E. 1900 N.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Barry Johnson**<br>**3739 E. 4350 N.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Bill Patrolia**<br>**1910 Mohawk Lane**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Blair Lierd**<br>**4671 E. 3900 N.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Bob Sharrow**<br>**4228 Sunrise Drive**<br>**P.O. Box 496**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Bob Smith**<br>**P.O. Box 711**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Bob Whitney**<br>**4050 Splendor Circle**<br>**Salt Lake City, UT 84124** | **Membership Agreement** |
| **Brad Bennett**<br>**465 S. 400 E. Suite 300**<br>**Salt Lake City, UT 84111** | **Membership Agreement** |
| **Brandi Messerly**<br>**5345 E. 3850 N.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Brent Foulger**<br>**4808 E. Patio Spring Circle**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Brent Smith**<br>**2646 N. 5600 East**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Brian Kasteler**<br>**3423 Big Piney Drive**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Brian O'Hara**<br>**4321 E. Oregon St.**<br>**Bellingham, WA 98226** | **Membership Agreement** |

Sheet __1__ of __12__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Wolf Creek Properties, LC**                                  ,     Case No.   **10-27816**

                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Bruce Lange**<br>**13499 E. Del Timbre**<br>**Scottsdale, AZ 85259** | **Membership Agreement** |
| **C. Roy Knights**<br>**3431 N. Trappers Ct.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Chester Rector**<br>**12 Calle Celestial**<br>**San Clemente, CA 92673** | **Membership Agreement** |
| **Chris Folster**<br>**3420 E. 7800 S.**<br>**Salt Lake City, UT 84121** | **Membership Agreement** |
| **Chris Megroz**<br>**1327 Goodaleville Rd.**<br>**South Londonderry, VT 05155** | **Membership Agreement** |
| **Christopher Morgan**<br>**P.O. Box 311**<br>**Mendham, NJ 07945-0311** | **Membership Agreement** |
| **Chun Mah**<br>**P.O. Box 1224**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Clayton Bass**<br>**3732 North Elkridge Trail**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Daniel Beech**<br>**1327 North 1925 East**<br>**Layton, UT 84040** | **Membership Agreement** |
| **Danny Rees**<br>**4209 Burch Creek Hollow**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Dave Hogan**<br>**2920 S. 925 W.**<br>**Ogden, UT 84401** | **Membership Agreement** |
| **Dave Smith**<br>**5752 E. Elkhorn Dr.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Dave Wadman**<br>**P.O. Box 1458**<br>**Ogden, UT 84402** | **Membership Agreement** |

Sheet  **2**  of  **12**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Wolf Creek Properties, LC**                                    ,     Case No.    **10-27816**
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **David Collins**<br>**P.O. Box 11210**<br>**Greenwich, CT 06831** | **Membership Agreement** |
| **David Lewis**<br>**2683 E. 2250 N.**<br>**Layton, UT 84040-7605** | **Membership Agreement** |
| **David Romeo**<br>**P.O. Box 318**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Debra Buxton**<br>**5345 E. 3850 N.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Dee Dee Pace**<br>**5857 Belmont Dr.**<br>**Morgan, UT 84050** | **Membership Agreement** |
| **Dennis Petersen**<br>**4789 Canterbury Road 3**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Diederik Johan Hattingh**<br>**3946 N. 4750 E. O**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Donald Fallon**<br>**3813 Patio Springs**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Doug Lythgoe**<br>**4348 N. Snowflake Circle**<br>**P.O. Box 1044**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Douglas Hannoy**<br>**8655 Sturgeon Bay Ln.**<br>**Indianapolis, IN 46236** | **Membership Agreement** |
| **Edmund Boese**<br>**2125 Westview Ave.**<br>**Rock Springs, WY 82901** | **Membership Agreement** |
| **Edward Petrie**<br>**30 Fieldview Lane**<br>**East Hampton, NY 11937** | **Membership Agreement** |
| **Emanuel Nuccio**<br>**4450 E. Sierra Sunset Trail**<br>**Cave Creek, AZ 85331** | **Membership Agreement** |

Sheet    **3**    of    **12**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Wolf Creek Properties, LC**                                      Case No.   **10-27816**
                                                                  ,
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Evan Naef**<br>**1349 N. 400 E.**<br>**Bountiful, UT 84010** | **Membership Agreement** |
| **Francis Wapner**<br>**1250 E. 3900 S. #310**<br>**Salt Lake City, UT 84124** | **Membership Agreement** |
| **Frank Wolfe**<br>**2946 E. 56th Ct.**<br>**Tulsa, OK 74105** | **Membership Agreement** |
| **Fred Spinelli**<br>**3677 N. Willowbrook Lane**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Gary D. Bills**<br>**4615 N. 2900 E.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Gary Kelso**<br>**10331 E. Hwy 39**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **George Harwin**<br>**508 S. Atlantic**<br>**Virginia Beach, VA 23451** | **Membership Agreement** |
| **George Yates**<br>**1023 Laskin Rd. Suite 101**<br>**Virginia Beach, VA 23451** | **Membership Agreement** |
| **Gordon Jensen**<br>**670 Eagle Way**<br>**North Salt Lake, UT 84054** | **Membership Agreement** |
| **Green/Green Touch Inc.**<br>**1185 N. Wahsington Blvd.**<br>**Ogden, UT 84404** | **Membership Agreement** |
| **Gregory Kissel**<br>**P.O. Box 816**<br>**Ogden, UT 84402** | **Membership Agreement** |
| **Harold Kaplan**<br>**1529 Via Boronada**<br>**Palos Verdes Estates, CA 90274** | **Membership Agreement** |
| **Henry Marsh**<br>**1664 Stone Ridge Dr.**<br>**Bountiful, UT 84010** | **Membership Agreement** |

Sheet   **4**   of   **12**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Wolf Creek Properties, LC** _____ ,    Case No.   **10-27816**

                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Henry O'Keefe**<br>**3715 East 1950 North**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Howard Ratcliffe**<br>**9677 Kelly Drive**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **James Branch**<br>**5856 Snow Basin Road**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **James Evans**<br>**2429 Calico Creek Ct.**<br>**Las Vegas, NV 89135** | **Membership Agreement** |
| **James Fox**<br>**8414 Avenida Ondas**<br>**La Jolla, CA 92037** | **Membership Agreement** |
| **James Jenkins**<br>**No. 31102975**<br>**P.O. Box 311**<br>**Mendham, NJ 07945** | **Membership Agreement** |
| **James Larsen**<br>**257 El Portal Way**<br>**San Jose, CA 95119** | **Membership Agreement** |
| **James Orrock**<br>**3354 Harrison Blvd. Suite 4**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Jason Bates**<br>**6904 Costero Vientos**<br>**San Clemente, CA 92673** | **Membership Agreement** |
| **Jason Lindsey**<br>**1947 N. Grandview Drive**<br>**Farmington, UT 84025** | **Membership Agreement** |
| **Jeff Esfeld**<br>**7977 SE 67th St.**<br>**Mercer Island, WA 98040** | **Membership Agreement** |
| **Jeffrey Murray**<br>**1759 E. Yale Crest Ave.**<br>**Salt Lake City, UT 84108** | **Membership Agreement** |
| **Jeffrey Slay**<br>**940 Vista De Lejos**<br>**Santa Barbara, CA 93110** | **Membership Agreement** |

Sheet   **5**   of   **12**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Wolf Creek Properties, LC**                                          ,        Case No.   **10-27816**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jeremy Stansfield**<br>**P.O. Box 571798**<br>**Salt Lake City, UT 84157** | **Membership Agreement** |
| **Jerry Amidan**<br>**6154 S. 2125 E.**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Jlm Morgan**<br>**3583 N. Elkview Dr.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Jim Wilcox**<br>**21337 Meadowlark Ct.**<br>**Kildeen, IL 60047** | **Membership Agreement** |
| **Joe Devay**<br>**14826 Broadgreen**<br>**Houston, TX 77079** | **Membership Agreement** |
| **John Culkin**<br>**199 Bittersweet Rd.**<br>**Fairfield, CT 06824** | **Membership Agreement** |
| **John Larrison**<br>**P.O. Box 312**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **John Lusk**<br>**315 Barroilhet Ave.**<br>**San Mateo, CA 94402** | **Membership Agreement** |
| **John Lyons**<br>**P.O. Box 150570**<br>**Ogden, UT 84415** | **Membership Agreement** |
| **John Millward**<br>**3120 N. 575 E.**<br>**Ogden, UT 84414** | **Membership Agreement** |
| **Joseph Del Real**<br>**8 Trestles Laguna**<br>**Laguna Niguel, CA 92677** | **Membership Agreement** |
| **Joseph Jennings**<br>**3432 N. Trappers Ct.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Julie Johnson**<br>**1759 Victoria Court**<br>**Ogden, UT 84403** | **Membership Agreement** |

Sheet   **6**   of   **12**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Wolf Creek Properties, LC**                                              ,  Case No.  __**10-27816**__
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ken Holloway**<br>**1175 Weyand Way**<br>**Dixon, CA 95620** | **Membership Agreement** |
| **Kent Green**<br>**5580 Snowbasin Rd.**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **Kent Peterson**<br>**4338 South 850 East**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Kent Russell**<br>**12528 N. Piping Rock Road**<br>**Oro Valley, AZ 85755** | **Membership Agreement** |
| **Kent Winegar**<br>**P.O. Box 34**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **Krae Van Sickle**<br>**51 Talmage Farm Lane**<br>**East Hampton, NY 11937** | **Membership Agreement** |
| **Larry Cole**<br>**5430 S. 1300 East**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Leigh Ann Fincher**<br>**1011 Daybreak**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Leonard Larsen**<br>**1681 East Beechwood Dr. 0**<br>**Layton, UT 84040** | **Membership Agreement** |
| **Marino Toulatos**<br>**69 E. 200 N.**<br>**Kaysville, UT 84037** | **Membership Agreement** |
| **Mark Green**<br>**227 W. 4050 N.**<br>**Ogden, UT 84414** | **Membership Agreement** |
| **Marshall Duffield**<br>**2531 Vista Drive**<br>**Newport Beach, CA 92663** | **Membership Agreement** |
| **Matthew Musgrave**<br>**2855 Cottonwood Circle**<br>**Santa Clara, UT 84765** | **Membership Agreement** |

Sheet  __7__  of  __12__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Wolf Creek Properties, LC**                                           ,   Case No.   __10-27816__
                                                                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Michael A. Smith**<br>**P.O. Box 287**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Michael Belmont**<br>**3332 Canyon Springs Drive**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Michael Froerer**<br>**P.O. Box 220**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **Michael Ward**<br>**3672 E. 3300 N.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Mike Davis**<br>**6216 E. Pacific Coast Hwy #273**<br>**Long Beach, CA 90803** | **Membership Agreement** |
| **Mike Serio**<br>**3917 N. 4600 E.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **O. Kelly Wheat**<br>**P.O. Box 530**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **Orluff Opheikens**<br>**933 Wall Avenue**<br>**Ogden, UT 84404** | **Membership Agreement** |
| **Paul Keck**<br>**8395 Old Stable Road**<br>**Cincinnati, OH 45243** | **Membership Agreement** |
| **Paul Laporte**<br>**438 Golf Course Parkway**<br>**Davenport, FL 33837** | **Membership Agreement** |
| **Phil Ordway**<br>**7536 E. McLellan Lane**<br>**Scottsdale, AZ 85250** | **Membership Agreement** |
| **Rae Russo**<br>**3450 Wall Ave.**<br>**Ogden, UT 84401** | **Membership Agreement** |
| **Ralph Alcock**<br>**10 Heathrow Crt.**<br>**Nashua, NH 03063** | **Membership Agreement** |

Sheet __8__ of __12__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Wolf Creek Properties, LC** _____,    Case No. ___**10-27816**_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Randy Emery**<br>**5245 S. Saddleback Drive**<br>**Holladay, UT 84117** | **Membership Agreement** |
| **Rawn Hutchinson**<br>**P.O. Box 30443**<br>**Phoenix, AZ 85046** | **Membership Agreement** |
| **Ray Bowden**<br>**1630 N. Orchard Way**<br>**Morgan, UT 84050** | **Membership Agreement** |
| **Rich Hull**<br>**11041 Santa Monica Blvd.**<br>**Suite 511**<br>**Los Angeles, CA 90025** | **Membership Agreement** |
| **Rich Manful**<br>**P.O. Box 1043**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Richard Arbogast**<br>**6210 E. 1900 N.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Richard Peterson**<br>**P.O. Box 989**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Richard Schneider**<br>**2880 Abbeyon Drive**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Richard Stoneman**<br>**415 Pirate Road**<br>**Newport Beach, CA 92663** | **Membership Agreement** |
| **Richard Ward**<br>**9685 East 200 South**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **Rick Francis**<br>**61499 Longview St.**<br>**Bend, OR 97702** | **Membership Agreement** |
| **Robert Bills**<br>**4661 S. 1100 E.**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Robert Heffernan**<br>**P.O. Box 689**<br>**Eden, UT 84310** | **Membership Agreement** |

Sheet __**9**__ of __**12**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Wolf Creek Properties, LC**                                    ,   Case No. ____**10-27816**____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Robert Jones**<br>**3323 N. 575 E.**<br>**Ogden, UT 84414** | **Membership Agreement** |
| **Robert Lowell**<br>**3900 Via Picaposte**<br>**Palos Verdes Estates, CA 90274** | **Membership Agreement** |
| **Robert Lund**<br>**2051 S. 100 W.**<br>**Perry, UT 84302** | **Membership Agreement** |
| **Robert M. Rosner**<br>**4481 Harrison Blvd Room 313**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Roger Dutson**<br>**5923 Snowbasin Rd.**<br>**Huntsville, UT 84317** | **Membership Agreement** |
| **Russ Watts**<br>**5200 S. Highland Drive**<br>**Salt Lake City, UT 84117** | **Membership Agreement** |
| **Russel Christensen**<br>**2024 Glenview Drive**<br>**Las Vegas, NV 89134** | **Membership Agreement** |
| **Scott Jensen**<br>**4755 S. 1000 E.**<br>**Ogden, UT 84403** | **Membership Agreement** |
| **Scott Nilson**<br>**3657 N. Foothill Lane**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Spring Bengtzen**<br>**P.O. Box 1218**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Stephen Pearson**<br>**6423 Timber Ridge**<br>**Edina, MN 55439** | **Membership Agreement** |
| **Steve Chapman**<br>**3631 N. Huntsman Path**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Steve Porter**<br>**5521 East Elkridge Circle**<br>**Eden, UT 84310** | **Membership Agreement** |

Sheet ___**10**___ of ___**12**___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Wolf Creek Properties, LC**                                    Case No.    __10-27816__

_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Steve Roberts**<br>**5685 Porcupine Ridge Dr.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Steven Bradley**<br>**479 E. 3525 N.**<br>**Ogden, UT 84414** | **Membership Agreement** |
| **Steven E. Ray**<br>**104 West 5200 South**<br>**Washington Terrace, UT 84405** | **Membership Agreement** |
| **Steven Manaster**<br>**159 W. Broadway Apt. 306**<br>**Salt Lake City, UT 84101** | **Membership Agreement** |
| **Steven Pugmire**<br>**337 N. 725 E.**<br>**North Salt Lake, UT 84054** | **Membership Agreement** |
| **Steven Rawlings**<br>**424 S. 600 West**<br>**Riverdale, UT 84405** | **Membership Agreement** |
| **Taylor Satterthwaite**<br>**4360 N. Snowflake**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Thomas Coury**<br>**4079 Pine Ridge Dr.**<br>**Fort Gratiot, MI 48059** | **Membership Agreement** |
| **Thomas LaBarbera**<br>**P.O. Box 122**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Timothy Hutter**<br>**6325 Keeneland Drive**<br>**Carlsbad, CA 92009-3090** | **Membership Agreement** |
| **Tom McCarley**<br>**5862 Deerfoot Lane**<br>**Yorba Linda, CA 92886** | **Membership Agreement** |
| **Tracy Eyres**<br>**3780 N. 4600 E.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Troy Larkin**<br>**1998 East Kays Creek Drive**<br>**Layton, UT 84040** | **Membership Agreement** |

Sheet   __11__   of   __12__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Wolf Creek Properties, LC**                                          ,    Case No.    **10-27816**
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Volker Neuwirth**<br>**5667 Porcupine Ridge Dr.**<br>**Eden, UT 84310** | **Membership Agreement** |
| **Wayne Hancock**<br>**c/o Cameron M Hancock**<br>**13028 S. Summer Harvest Dr.**<br>**Draper, UT 84020** | **Membership Agreement** |
| **William Budge**<br>**682 South Woodbriar Way**<br>**North Salt Lake, UT 84054** | **Membership Agreement** |
| **William Collopy**<br>**1326 Santiago Drive**<br>**Newport Beach, CA 92660** | **Membership Agreement** |
| **Winston Brundige**<br>**5293 S. Ridgedale Dr.**<br>**Ogden, UT 84403** | **Membership Agreement** |

Sheet    **12**    of    **12**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

Aaron Moyal
8888 Pineview Dr.
Huntsville, UT 84317

Alan Joslyn
3379 Mille Vista Road #4211
Highland Ranch, CO 80129

Alan Mecham
P.O. Box 718
Eden, UT 84310

Alar Elken
6 Loudon Heights North
Louderville, NY 12211

Albert Sheridan
825 N. Kelly Drive
Huntsville, UT 84317

Allen Simkins
1077 N. Graham Manor
Washington, UT 84780

Alvin Burstein
6051 E. Cortez Drive
Scottsdale, AZ 85254

Amanda Kovar
4444 Parkview Dr.
Ogden, UT 84403

Amy Greer
4973 E. Fairways Drive
Eden, UT 84310

Andrew LaMarca
125 Stagecoach Rd.
Bell Canyon, CA 91307

Annette Ames
1661 21st Street
Ogden, UT 84401

Anthony Sanfilippo
9316 Ingleside Famr N.
Germantown, TN 38139

Anthony Ward
3184 E. 400 North
Eden, UT 84310

Ashley Peterson
3462 S. 4550 W.
West Haven, UT 84401

Barbara Hansen
6805 E. 1900 N.
Eden, UT 84310

Barry Johnson
3739 E. 4350 N.
Eden, UT 84310

BBJ Linen
7855 Gross Point Road
Skokie, IL 60077

Bill Patrolia
1910 Mohawk Lane
Ogden, UT 84403

Blair Lierd
4671 E. 3900 N.
Eden, UT 84310

Bob Sharrow
4228 Sunrise Drive
P.O. Box 496
Eden, UT 84310

Bob Smith
P.O. Box 711
Eden, UT 84310

Bob Whitney
4050 Splendor Circle
Salt Lake City, UT 84124

Brad Bennett
465 S. 400 E. Suite 300
Salt Lake City, UT 84111

Brandi Messerly
5345 E. 3850 N.
Eden, UT 84310

Brent Foulger
4808 E. Patio Spring Circle
Eden, UT 84310

Brent Smith
2646 N. 5600 East
Eden, UT 84310

Brian Kasteler
3423 Big Piney Drive
Eden, UT 84310

Brian O'Hara
4321 E. Oregon St.
Bellingham, WA 98226

Brolin Burningham
1267 Douglas
Ogden, UT 84404

Bruce Lange
13499 E. Del Timbre
Scottsdale, AZ 85259

C. Roy Knights
3431 N. Trappers Ct.
Eden, UT 84310

Camille Ames
570 Harrison Blvd
Ogden, UT 84404

Capon Capital
Attn: Joseph Buchanan
9350 S. Dixie Hwy, Suite 1500
Miami, FL 33156

Caren Parry
2827 W. 3965 S. #58
West Haven, UT 84401

Chester Rector
12 Calle Celestial
San Clemente, CA 92673

Chris Folster
3420 E. 7800 S.
Salt Lake City, UT 84121

Chris Megroz
1327 Goodaleville Rd.
South Londonderry, VT 05155

Christi Bongard
2547 N. Valley Junction Drive
Eden, UT 84310

Christopher Elliott Whiting
3244 E. 5400 N.
Liberty, UT 84310

Christopher Morgan
P.O. Box 311
Mendham, NJ 07945-0311

Chun Mah
P.O. Box 1224
Eden, UT 84310

Clayton Bass
3732 North Elkridge Trail
Eden, UT 84310

Crane, Christensen, Ambrose
298 24th St. Ste 300
Ogden, UT 84401

CSE & Associates, inc.
20645 North Pima Road, Suite 195
Scottsdale, AZ 85255

Daniel Beech
1327 North 1925 East
Layton, UT 84040

Danny Rees
4209 Burch Creek Hollow
Ogden, UT 84403

Dave Hogan
2920 S. 925 W.
Ogden, UT 84401

Dave Smith
5752 E. Elkhorn Dr.
Eden, UT 84310

Dave Wadman
P.O. Box 1458
Ogden, UT 84402

David Collins
P.O. Box 11210
Greenwich, CT 06831

David Lewis
2683 E. 2250 N.
Layton, UT 84040-7605

David Romeo
P.O. Box 318
Eden, UT 84310

Dawn Updike
5942 E. Big Horn Pkwy
Eden, UT 84310-9113

Debra Buxton
5345 E. 3850 N.
Eden, UT 84310

Dee Dee Pace
5857 Belmont Dr.
Morgan, UT 84050

Dennis Petersen
4789 Canterbury Road 3
Ogden, UT 84403

Diamond Rental
4518 South 500 West
Salt Lake City, UT 84123

Diederik Johan Hattingh
3946 N. 4750 E. O
Eden, UT 84310

Donald Fallon
3813 Patio Springs
Eden, UT 84310

Doug Lythgoe
4348 N. Snowflake Circle
P.O. Box 1044
Eden, UT 84310

Douglas Hannoy
8655 Sturgeon Bay Ln.
Indianapolis, IN 46236

Edmund Boese
2125 Westview Ave.
Rock Springs, WY 82901

Edward Petrie
30 Fieldview Lane
East Hampton, NY 11937

Emanuel Nuccio
4450 E. Sierra Sunset Trail
Cave Creek, AZ 85331

Eric Householder
2850 North Nordic Valley Drive
Eden, UT 84310

Evan Naef
1349 N. 400 E.
Bountiful, UT 84010

Farm Bureau Life Insu Comp of Michigan
P.O. Box 30400
Lansing, MI 48909

Francis Wapner
1250 E. 3900 S. #310
Salt Lake City, UT 84124

Frank Wolfe
2946 E. 56th Ct.
Tulsa, OK 74105

Fred Spinelli
3677 N. Willowbrook Lane
Eden, UT 84310

Gary D. Bills
4615 N. 2900 E.
Eden, UT 84310

Gary Kelso
10331 E. Hwy 39
Huntsville, UT 84317

Gayle Christensen
2290 N. Fruitland Dr.
Ogden, UT 84414

Gear for Sports
12193 Collections Center Drive
Chicago, IL 60693

George Harwin
508 S. Atlantic
Virginia Beach, VA 23451

George Yates
1023 Laskin Rd. Suite 101
Virginia Beach, VA 23451

Gordon Jensen
670 Eagle Way
North Salt Lake, UT 84054

Green/Green Touch Inc.
1185 N. Wahsington Blvd.
Ogden, UT 84404

Gregory Kissel
P.O. Box 816
Ogden, UT 84402

Harold Kaplan
1529 Via Boronada
Palos Verdes Estates, CA 90274

Henry Marsh
1664 Stone Ridge Dr.
Bountiful, UT 84010

Henry O'Keefe
3715 East 1950 North
Eden, UT 84310

Howard Ratcliffe
9677 Kelly Drive
Huntsville, UT 84317

Irma Diaz
2732 Adams Apt. 1
Ogden, UT 84403

James Branch
5856 Snow Basin Road
Huntsville, UT 84317

James Evans
2429 Calico Creek Ct.
Las Vegas, NV 89135

James Fox
8414 Avenida Ondas
La Jolla, CA 92037

James Jenkins
No. 31102975
P.O. Box 311
Mendham, NJ 07945

James Larsen
257 El Portal Way
San Jose, CA 95119

James Morrisey
3912 E. 3300 N.
Liberty, UT 84310

James Orrock
3354 Harrison Blvd. Suite 4
Ogden, UT 84403

Janet Cox
P.O. Box 594
Eden, UT 84310

Janie Roberts
P.O. Box 1170
Eden, UT 84310

Jason Bates
6904 Costero Vientos
San Clemente, CA 92673

Jason Lindsey
1947 N. Grandview Drive
Farmington, UT 84025

JCA Properties, LLC
25 Northwest 23rd Place, Suite 6
PMB 4112
Portland, OR 97210

Jeff Esfeld
7977 SE 67th St.
Mercer Island, WA 98040

Jeff Summers
P.O. Box 294
Eden, UT 84310

Jeffrey Murray
1759 E. Yale Crest Ave.
Salt Lake City, UT 84108

Jeffrey Slay
940 Vista De Lejos
Santa Barbara, CA 93110

Jenny Hansen
3052 North Wolf Creek Drive
Eden, UT 84310

Jeremy Maughan
621 West 150 North
Hyrum, UT 84319

Jeremy Stansfield
P.O. Box 571798
Salt Lake City, UT 84157

Jerry Amidan
6154 S. 2125 E.
Ogden, UT 84403

JIm Morgan
3583 N. Elkview Dr.
Eden, UT 84310

Jim Wilcox
21337 Meadowlark Ct.
Kildeen, IL 60047

Joe Devay
14826 Broadgreen
Houston, TX 77079

John Culkin
199 Bittersweet Rd.
Fairfield, CT 06824

John Larrison
P.O. Box 312
Huntsville, UT 84317

John Lusk
315 Barroilhet Ave.
San Mateo, CA 94402

John Lyons
P.O. Box 150570
Ogden, UT 84415

John Millward
3120 N. 575 E.
Ogden, UT 84414

Jose Trinidad Lara

Joseph Cox
P.O. Box 594
Eden, UT 84310

Joseph Del Real
8 Trestles Laguna
Laguna Niguel, CA 92677

Joseph Jennings
3432 N. Trappers Ct.
Eden, UT 84310

Julie Johnson
1759 Victoria Court
Ogden, UT 84403

Ken Holloway
1175 Weyand Way
Dixon, CA 95620

Kent Green
5580 Snowbasin Rd.
Huntsville, UT 84317

Kent Peterson
4338 South 850 East
Ogden, UT 84403

Kent Russell
12528 N. Piping Rock Road
Oro Valley, AZ 85755

Kent Winegar
P.O. Box 34
Huntsville, UT 84317

Krae Van Sickle
51 Talmage Farm Lane
East Hampton, NY 11937

Kris Hughes
2850 North Nordic Valley Drive
Eden, UT 84310

Larry Cole
5430 S. 1300 East
Ogden, UT 84403

Laura Debout
4185 Beus Drive
Ogden, UT 84403

Leigh Ann Fincher
1011 Daybreak
Ogden, UT 84403

Leonard Larsen
1681 East Beechwood Dr. 0
Layton, UT 84040

Lesa Marie May
935 Canfield Dr.
Ogden, UT 84404

Leslie Garrett MacFarlane
3697 N. Willowbrook Ln.
Eden, UT 84310

Luis F. Medina
2851 Porter Ave.
Ogden, UT 84403

Marino Toulatos
69 E. 200 N.
Kaysville, UT 84037

Mark Green
227 W. 4050 N.
Ogden, UT 84414

Marshall Duffield
2531 Vista Drive
Newport Beach, CA 92663

Matthew Musgrave
2855 Cottonwood Circle
Santa Clara, UT 84765

Michael A. Smith
P.O. Box 287
Eden, UT 84310

Michael Belmont
3332 Canyon Springs Drive
Eden, UT 84310

Michael Froerer
P.O. Box 220
Huntsville, UT 84317

Michael Ward
3672 E. 3300 N.
Eden, UT 84310

Michelle Olsen
P.O. Box 381
Eden, UT 84310

Mike Davis
6216 E. Pacific Coast Hwy #273
Long Beach, CA 90803

Mike Serio
3917 N. 4600 E.
Eden, UT 84310

Monica Fuit
P.O. Box 1133
Eden, UT 84310

O. Kelly Wheat
P.O. Box 530
Huntsville, UT 84317

Olga Castillo
3615 N. Wolf Creek Drive E4
Eden, UT 84310

Orluff Opheikens
933 Wall Avenue
Ogden, UT 84404

Paul Keck
8395 Old Stable Road
Cincinnati, OH 45243

Paul Laporte
438 Golf Course Parkway
Davenport, FL 33837

Phil Ordway
7536 E. McLellan Lane
Scottsdale, AZ 85250

Ping
P.O. Box 52450
Phoenix, AZ 85072-2450

Rae Russo
3450 Wall Ave.
Ogden, UT 84401

Ralph Alcock
10 Heathrow Crt.
Nashua, NH 03063

Randy Emery
5245 S. Saddleback Drive
Holladay, UT 84117

Randy Marriott Construction
5238 W. 2150 N.
Ogden, UT 84404

Rawn Hutchinson
P.O. Box 30443
Phoenix, AZ 85046

Ray Bowden
1630 N. Orchard Way
Morgan, UT 84050

Rebecca Morris
1437 24th Street
Ogden, UT 84401

Rich Hull
11041 Santa Monica Blvd.
Suite 511
Los Angeles, CA 90025

Rich Manful
P.O. Box 1043
Eden, UT 84310

Richard Arbogast
6210 E. 1900 N.
Eden, UT 84310

Richard Peterson
P.O. Box 989
Eden, UT 84310

Richard Schneider
2880 Abbeyon Drive
Eden, UT 84310

Richard Stoneman
415 Pirate Road
Newport Beach, CA 92663

Richard Ward
9685 East 200 South
Huntsville, UT 84317

Rick Francis
61499 Longview St.
Bend, OR 97702

RLR Properties, LLC
25 Northwest 23rd Place, Suite 6
PMB 4112
Portland, OR 97210

RMH Management
Attn: Rawn Hutchinson
P.O. Box 30443
Phoenix, AZ 85046

Robert Bills
4661 S. 1100 E.
Ogden, UT 84403

Robert Heffernan
P.O. Box 689
Eden, UT 84310

Robert Jones
3323 N. 575 E.
Ogden, UT 84414

Robert Lowell
3900 Via Picaposte
Palos Verdes Estates, CA 90274

Robert Lund
2051 S. 100 W.
Perry, UT 84302

Robert M. Rosner
4481 Harrison Blvd Room 313
Ogden, UT 84403

Robert Thomas
3541 Elk View Drive
Eden, UT 84310

Roger Dutson
5923 Snowbasin Rd.
Huntsville, UT 84317

Russ Watts
5200 S. Highland Drive
Salt Lake City, UT 84117

Russel Christensen
2024 Glenview Drive
Las Vegas, NV 89134

Ryan Taylor
1459 Binford
Ogden, UT 84401

Scott Jensen
4755 S. 1000 E.
Ogden, UT 84403

Scott Nilson
3657 N. Foothill Lane
Eden, UT 84310

Sean O'Keefe
4887 Willow Brook Lane
Eden, UT 84310

Spring Bengtzen
2084 E. 6825 N.
Liberty, UT 84310

Spring Bengtzen
P.O. Box 1218
Eden, UT 84310

Stephen Pearson
6423 Timber Ridge
Edina, MN 55439

Steve Chapman
3631 N. Huntsman Path
Eden, UT 84310

Steve Porter
5521 East Elkridge Circle
Eden, UT 84310

Steve Roberts
5685 Porcupine Ridge Dr.
Eden, UT 84310

Steven Bradley
479 E. 3525 N.
Ogden, UT 84414

Steven E. Ray
104 West 5200 South
Washington Terrace, UT 84405

Steven Manaster
159 W. Broadway Apt. 306
Salt Lake City, UT 84101

Steven Pugmire
337 N. 725 E.
North Salt Lake, UT 84054

Steven Rawlings
424 S. 600 West
Riverdale, UT 84405

Susan Munson
3354 E. Sommerset Dr.
Eden, UT 84310

Taylor Satterthwaite
4360 N. Snowflake
Eden, UT 84310

The Arizona Republic
Customer Accounting Services

Theresa McCall
2249 Tyler Ave.
Ogden, UT 84401

Thomas Coury
4079 Pine Ridge Dr.
Fort Gratiot, MI 48059

Thomas LaBarbera
P.O. Box 122
Eden, UT 84310

Timothy Hutter
6325 Keeneland Drive
Carlsbad, CA 92009-3090

Tom McCarley
5862 Deerfoot Lane
Yorba Linda, CA 92886

Tracy Eyres
3780 N. 4600 E.
Eden, UT 84310

Troy Larkin
1998 East Kays Creek Drive
Layton, UT 84040

Utah Board of Water Resources
1594 West North Temple
Salt Lake City, UT 84116

Volker Neuwirth
5667 Porcupine Ridge Dr.
Eden, UT 84310

Wayne Hancock
c/o Cameron M Hancock
13028 S. Summer Harvest Dr.
Draper, UT 84020

Weber County Treasurer
P.O. Box 3308
Ogden, UT 84409-1308

William Budge
682 South Woodbriar Way
North Salt Lake, UT 84054

William Collopy
1326 Santiago Drive
Newport Beach, CA 92660

William Singleton
419 E. 900 N.
Ogden, UT 84404-3633

Winston Brundige
5293 S. Ridgedale Dr.
Ogden, UT 84403