Blake D. Miller (4090)
James W. Anderson (9829)
**MILLER GUYMON, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millerguymon.com
          anderson@millerguymon.com

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>**WOLF CREEK PROPERTIES, LC**<br><br>Debtor. | **Bankruptcy Case No. 10-27816**<br>**Chapter 11**<br><br>**Judge Joel T. Marker**<br><br>**(Filed Electronically)** |

---

**NOTICE OF CONTINUED HEARING ON THE DISCLOSURE STATEMENT WITH
RESPECT TO THE PLAN OF REORGANIZATION FILED BY WOLF CREEK
PROPERTIES, LC**

---

PLEASE TAKE NOTICE THAT the hearing on approval of the Disclosure Statement filed

by the Debtor in this case, which was previously scheduled for Monday, December 6, 2010, at the

hour of 2:00 p.m., has been **continued to Tuesday, January 18, 2011, at the hour of 2:00 p.m.**

**MST**, in Courtroom No. 341 of the Frank E. Moss United States Courthouse, 350 South Main Street,

Salt Lake City, Utah 84101.  If the Court approves the Disclosure Statement, the Debtor will be

permitted to distribute the Plan and Disclosure Statement to creditors and solicit votes to approve the

Plan.

**You or your attorney must attend the hearing on the Disclosure Statement if you want**

**your response or objection to be considered by the Court.** The hearing on the Disclosure

Statement may be continued from time to time without further notice, except the announcement in

open court of the time and place of such continued hearing.

DATED this 3rd day of December, 2010.

MILLER GUYMON, P.C.

/s/ James W. Anderson
Blake D. Miller
James W. Anderson

*Attorneys for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that I am employed by Miller Guymon, P.C. and that on this 3rd day of

December, 2010, I caused a true and correct copy of the foregoing **NOTICE OF CONTINUED**

**HEARING ON THE DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN OF**

**REORGANIZATION FILED BY WOLF CREEK PROPERTIES, LC** was served on the

following by first class mail and e-mail where indicated:

Kenneth L. Cannon II
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah  84110-4050
kcannon@djplaw.com
*Attorneys for Weber Basin Water Conservancy*
*District*

N. George Daines
Micah L. Daines
DAINES & JENKINS, LLP
108 N. Main, Suite 200
Logan, Utah  84321
George@dainesjenkins.com
micah@dainesjenkins.com
*Attorneys for Capon Capital, LLC*

Jeffrie L. Hollingworth
NELSON CHRISTENSEN
HOLLINGWORTH & WILLIAMS
68 South Main Street, Suite 600
Salt Lake City, Utah  84101
jeffw@utahlaw1.com
*Attorneys for Wolf Creek Recreational*
*Facilities Association, Inc.*

Erin J. Kennedy
FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, NJ  07652
ekennedy@formanlaw.com
*Attorneys for Wolf Creek Recreational*
*Facilities Association, Inc.*

Robert S. Prince
Gregory S. Moesinger
KIRTON & McCONKIE
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
rprince@kmclaw.com
gmoesinger@kmclaw.com
*Attorneys for Randy Marriott Construction*
*Company*

Mark R. Gaylord
Matthew L. Moncur
BALLARD SPAHR, LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah  84111-2221
Gaylord@ballardspahr.com
moncurm@ballardspahr.com
*Attorneys for America First Federal Credit*
*Union*

Kim R. Wilson
David L. Pinkston
P. Matthew Cox
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, Utah  84145
krw@scmlaw.com
*Attorneys for Farm Bureau Life Insurance*
*Company of Michigan*

Michael R. Johnson
Brent D. Wride
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah  84145-0385
mjohnson@rqn.com
bwride@rqn.com
*Counsel for the Unsecured Creditors*
*Committee*

Laurie A. Cayton
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah  84111
Laurie.cayton@usdoj.gov
*Attorney for United States Trustee*

*James W. Anderson*