Blake D. Miller (4090)
James W. Anderson (9829)
**MILLER GUYMON, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millerguymon.com
anderson@millerguymon.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | **Bankruptcy Case No. 10-27816** |
| --- | --- |
| **WOLF CREEK PROPERTIES, LC** | **Chapter 11** |
| **Debtor.** | **Judge Joel T. Marker** |
| | **(Filed Electronically)** |

### NOTICE OF STRICKEN HEARING ON THE DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN OF REORGANIZATION FILED BY WOLF CREEK PROPERTIES, LC

PLEASE TAKE NOTICE THAT the hearing on approval of the Disclosure Statement filed by the Debtor in this case, which was previously scheduled for Monday, February 14, 2011, at the hour of 2:00 p.m. MST, **has been stricken**. Debtor will reschedule this hearing for a time in the future and provide a supplemental notice.

DATED this 10th day of February, 2011.

MILLER GUYMON, P.C.

/s/ James W. Anderson
Blake D. Miller
James W. Anderson

*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by Miller Guymon, P.C. and that on this 10th day of February, 2011, I caused a true and correct copy of the foregoing **NOTICE OF STRICKEN HEARING ON THE DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN OF REORGANIZATION FILED BY WOLF CREEK PROPERTIES, LC** was served on the following by first class mail and e-mail where indicated:

Kenneth L. Cannon II
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, Utah  84110-4050
kcannon@djplaw.com
*Attorneys for Weber Basin Water Conservancy District*

N. George Daines
Micah L. Daines
DAINES & JENKINS, LLP
108 N. Main, Suite 200
Logan, Utah  84321
George@dainesjenkins.com
micah@dainesjenkins.com
*Attorneys for Capon Capital, LLC*

Jeffrie L. Hollingworth
NELSON CHRISTENSEN HOLLINGWORTH & WILLIAMS
68 South Main Street, Suite 600
Salt Lake City, Utah  84101
jeffw@utahlaw1.com
*Attorneys for Wolf Creek Recreational Facilities Association, Inc.*

Erin J. Kennedy
FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, NJ  07652
ekennedy@formanlaw.com
*Attorneys for Wolf Creek Recreational Facilities Association, Inc.*

Robert S. Prince
Gregory S. Moesinger
KIRTON & McCONKIE
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
rprince@kmclaw.com
gmoesinger@kmclaw.com
*Attorneys for Randy Marriott Construction Company*

Mark R. Gaylord
Matthew L. Moncur
BALLARD SPAHR, LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah  84111-2221
Gaylord@ballardspahr.com
moncurm@ballardspahr.com
*Attorneys for America First Federal Credit Union*

| | |
|---|---|
| Kim R. Wilson<br>David L. Pinkston<br>P. Matthew Cox<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 Exchange Place, Eleventh Floor<br>P.O. Box 45000<br>Salt Lake City, Utah  84145<br>krw@scmlaw.com<br>*Attorneys for Farm Bureau Life Insurance Company of Michigan* | Laurie A. Cayton<br>Peter J. Kuhn<br>405 South Main Street, Suite 300<br>Ken Garff Building<br>Salt Lake City, Utah  84111<br>Laurie.cayton@usdoj.gov<br>Peter.j.kuhn@usdoj.gov<br>*Attorney for United States Trustee* |

Michael R. Johnson
Brent D. Wride
RAY QUINNEY & NEBEKER P.C.
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah  84145-0385
mjohnson@rqn.com
bwride@rqn.com
*Counsel for the Unsecured Creditors Committee*

                                        *James W. Anderson*